### STAPLES *v.* THE STATE.

SIMMONS, C. J.   Under the facts disclosed by the record, the court erred in refusing to grant a continuance.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Argued October 17, — Decided October 30, 1900.

Indictment for assault with intent to murder.   Before Judge Butt.   Harris superior court.   July 21, 1900.

*J. R. Terrell*, for plaintiff in error.

*S. P. Gilbert, solicitor-general,* contra.